UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO._____

FRANK TAI SHENG SHEU,

    Plaintiff

vs.

PALMER ISLAND, LLC d/b/a MR. ZHANG'S FINE CHINESE CUISINE
and  MICHAEL SUMIN ZHANG,

    Defendants

_____/

**COMPLAINT**

COMES NOW the Plaintiff, FRANK TAI SHENG SHEU, by and through the undersigned attorney, and sues the Defendants, PALMER ISLAND, LLC d/b/a MR. ZHANG'S FINE CHINESE CUISINE  and  MICHAEL SUMIN ZHANG, and for his causes of action alleges as follows:

Nature of Action

1.    This is a complaint pursuant to the Fair Labor Standards Act (29 U.S.C. § 201, *et seq*.) for unpaid overtime wages, unpaid minimum wages, liquidated damages, attorney's fees and costs, and a claim for unpaid regular wages under common law.

Jurisdiction and Venue

2.    Jurisdiction in this Court is proper as the claims are brought pursuant to the Fair Labor Standards Act, as amended (29 U.S.C. Section 201, et seq. hereinafter referred to as ("FLSA").  Jurisdiction is founded upon §216(b) of the FLSA [29 U.S.C. § 216(b)]. Supplemental jurisdiction is being sought for plaintiffs' unpaid wage claim pursuant to 28 U.S.C. § 1367(a).

3. The causes of action herein arose in Palm Beach County, Florida. The parties are residents of and do business in Palm Beach County. Venue is proper in the Southern District of Florida pursuant to 28 U.S.C. § 1391(b).

## Parties

4. Plaintiff FRANK TAI SHENG SHEU (referred to hereafter as "Sheu") is a resident of Palm Beach County, Florida and has been so at all times relevant to his causes of action herein. At all times relevant he was an employee of Defendants.

5. Defendant PALMER ISLAND, LLC is a limited liability company organized and existing under the laws of the State of Florida. Its principal address is 4650 Donald Ross Road, Suite 116, Palm Beach Gardens, FL 33418. It does business under the fictitious name of "Mr. Zhang's Fine Chinese Cuisine." It will be referred to hereinafter as "Restaurant."

6. Defendant MICHAEL SUMIN ZHANG is an owner and manager of the Restaurant. He is listed as the owner of the Restaurant in the Palm Beach County tax records and as a Manager of the LLC with the State of Florida. At all times relevant he was the Plaintiff's direct supervisor at the Defendant Restaurant. He will be referred to hereafter as "Zhang."

## General Allegations

7. At all times material to the causes of action herein, Defendant Restaurant was and continues to be an "enterprise engaged in commerce" within the meaning of the FLSA. The gross revenue of Defendant Restaurant was in excess of $500,000 per annum during the past three years and, at all times, at least two or more employees were engaged in interstate commerce.

8. Plaintiff Sheu was, at all times during the three years preceding the filing of this complaint, an employee of Defendant Restaurant and the Restaurant was his employer as defined by the FLSA.

9. At all times material to the causes of action herein, while employed by Defendants, Plaintiff was engaged in interstate commerce.

10. At all times during the three years preceding the filing of this complaint, while Plaintiff was working as a server/waiter at the Restaurant, Defendant Zhang was his supervisor. Defendant Zhang was responsible for determining the wages and salaries of the Plaintiff and other servers who worked in the dining room and was responsible for other payroll decisions over the servers. Therefore, Defendant Zhang was an employer of Plaintiff Sheu within the meaning of Section 3(d) of the FLSA, 29 U.S.C. §203(d). At all relevant times hereto, Defendant Zhang was aware that Plaintiff was not being properly paid for all of the hours he worked.

Count I - Unpaid Overtime Claim

11. The allegations set forth in paragraphs 1 - 10 are incorporated by reference as if fully set forth herein.

12. This is a cause of action by Plaintiff for unpaid overtime wages, liquidated damages, attorney's fees and costs pursuant to the FLSA.

13. For more than three years preceding the filing of this complaint, Plaintiff was an hourly wage employee of Defendants, and also a tipped employee.

14. Defendants employed Plaintiff in the aforesaid enterprise for work weeks longer than 40 hours and willfully failed to compensate him for his hours worked in excess of 40 a week at a rate of at least one and one-half times the regular rate at which he was employed, in violation of the requirements of Section 7 of the FLSA (29 U.S.C. §207). Plaintiff is entitled to be paid time and one-half of his regular rate of pay for each hour worked in excess of forty (40) per week.

15. As a result of defendants' deliberate failure to pay Plaintiff the overtime wages required by the FLSA, the Plaintiff has suffered a loss of pay.

16.     At all times material hereto defendants failed, and continue to fail, to maintain proper time records as mandated by the FLSA.

17.     As a result of Defendants' violation of the FLSA, Plaintiff Sheu is entitled to unpaid overtime wages, liquidated damages and an award of reasonable attorney's fees and cost pursuant to 29 U.S.C. §216(b).

WHEREFORE, Plaintiff, FRANK TAI SHENG SHEU, demands judgment against the Defendants, PALMER ISLAND, LLC d/b/a MR. ZHANG'S FINE CHINESE CUISINE and MICHAEL SUMIN ZHANG, for unpaid overtime wages due him, plus liquidated damages in an equal amount, together with costs and attorney's fees pursuant to the FLSA.

Count II - Unpaid Minimum Wage Claim

18.     This is a cause of action by Plaintiff for unpaid minimum wages, liquidated damages, attorney's fees and costs pursuant to the FLSA.

19.     The allegations set forth in paragraphs 1 - 10 are incorporated by reference as if fully set forth herein.

20.     For more than three years preceding the filing of this complaint, Plaintiff was an hourly wage employee of Defendants, and also a tipped employee.

21.     Defendants employed Plaintiff in the aforesaid enterprise and willfully failed to compensate him for all the hours he worked at the minimum wage required by the FLSA, in violation of the requirements of Section 7 of the FLSA (29 U.S.C. §207).

22.     The Plaintiff, at all times material to the causes of action herein, was a tipped employee for whom the Defendants were required to pay a minimum wage using a tip wage credit.  However, on many payroll periods the Defendants did not pay the Plaintiff the minimum wage required by the FLSA, even with an allowance for a tip credit.

23.     At all times relevant hereto the Defendants were not complying with the FLSA requirements to qualify for the tip credit.

24.     During many payroll periods the Defendants paid Plaintiff a flat fee for a shift period, and that flat fee was less than the minimum wage even with the tip credit.

WHEREFORE, Plaintiff, FRANK TAI SHENG SHEU, demands judgment against the Defendants, PALMER ISLAND, LLC d/b/a MR. ZHANG'S FINE CHINESE CUISINE and MICHAEL SUMIN ZHANG, for unpaid minimum wages due him, plus liquidated damages in an equal amount, together with costs and attorney's fees pursuant to the FLSA.

Count III- Unpaid Wage Claim

24.     This is an action by Plaintiff against Defendant Restaurant for unpaid wages. The Plaintiff is seeking supplemental jurisdiction pursuant to 28 U.S.C. § 1367(a).

25.     The allegations set forth in paragraphs 1 - 10 are incorporated by reference as if fully set forth herein.

26.     At all times that Plaintiff was paid an hourly wage, he was not fully compensated for the hours he worked because the Restaurant did not keep accurate records of the hours he worked.

27.     Plaintiff has retained the services of the undersigned attorney and is obligated to pay attorney's fees should he prevail.

28.     Should Plaintiff prevail, he is entitled to reasonable attorney's fees pursuant to Fla. Stat. § 448.08.

WHEREFORE, Plaintiff, FRANK TAI SHENG SHEU, demands judgment against the Defendant, PALMER ISLAND, LLC d/b/a MR. ZHANG'S FINE CHINESE CUISINE, for unpaid wages due him, together with costs and attorney's fees pursuant to the FLSA

Respectfully submitted,

/s/ Don R. Boswell
Don R. Boswell, Esq.
Florida Bar No.145894
Attorney for Plaintiff
Akers & Boswell, P.A.
2161 Palm Beach Lakes Blvd, Suite 407
West Palm Beach, FL 33409-6613
561-547-6300; Fax:561-828-9212
dboswell@akers-boswell.com