**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 9:16-CV-81627-ROSENBERG/HOPKINS**

FRANK TAI SHENG SHEU,

     Plaintiff,

v.

PALMER ISLAND, LLC *et al.*,

     Defendants.

_____/

**ORDER GRANTING AMENDED MOTION**
**FOR APPROVAL OF PARTIES' SETTLEMENT AGREEMENT**
**AND STIPULATED DISMISSAL WITH PREJUDICE**

     **THIS CAUSE** is before the Court upon the parties' Amended Motion for Approval of Parties' Settlement Agreement and Stipulated Dismissal with Prejudice [DE 23]. The Court has carefully reviewed the Amended Motion, and the Settlement Agreement and Release attached thereto, and is otherwise fully advised in the premises. In particular, the Court notes that the parties have explained, with specificity, why the settlement agreement represents a fair and reasonable resolution of a bona fide dispute between the parties, how the attorney's fees were calculated and why the amount of the fees is reasonable, and why the confidentiality provision and mutual general release of claims are warranted in this case. Accordingly, it is

     **ORDERED AND ADJUDGED** as follows**:**

     1.    The parties' Amended Motion for Approval of Parties' Settlement Agreement and Stipulated Dismissal with Prejudice [DE 23] is **GRANTED**.

     2.    The Court hereby **APPROVES** the Settlement Agreement and Release attached to the parties' Amended Motion.

3.      This case is **DISMISSED WITH PREJUDICE**, with each party to bear its own attorney's fees and costs except as set forth in the Settlement Agreement and Release.

4.      The Court retains jurisdiction to enforce the parties' Settlement Agreement and Release.

      **DONE AND ORDERED** in Chambers, Fort Pierce, Florida, this <u>29th</u> day of December, 2016.

ROBIN L. ROSENBERG
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record